**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
ANGEL MENDEZ, *individually and on behalf of others similarly situated,*

                           *Plaintiff,*

          -against-

SAM NATURAL DELI CORP. (d/b/a NATURAL DELI), BK NATURAL DELI CORP. (d/b/a NATURAL DELI), MATHANNA ABDO,

                         *Defendants.*
---------------------------------------------------------------X

Case No.: 25-cv-01692-BMC

**NOTICE OF MOTION FOR DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 55(b)**

## NOTICE OF MOTION

Please take notice that, upon the annexed Declaration of Jesse Barton and the exhibits attached thereto, the annexed Memorandum of Law and the exhibits attached thereto, including the Declaration of Angel Mendez ("Plaintiff"), and all prior papers and proceedings in this case, the Plaintiff, by counsel, will move the court, on such date as is set by the Court, pursuant to Fed. R. Civ. P. 55(b) (2) and Local Rule 55.2, for judgment by default against Defendants Sam Natural Deli Corp. (d/b/a Natural Deli), BK Natural Deli Corp. (d/b/a Natural Deli), and Mathanna Abdo.

Answering papers, if any, shall be served on the undersigned no later than fourteen days after service of the moving papers in accordance with Local Rule 6.1(b), or at such other time as the court may direct.

Dated: New York, New York
September 30, 2025

                                MICHAEL FAILLACE & ASSOCIATES, P.C.

                                By: _____/s/_____
                                Jesse Barton, Esq.
                                60 East 42nd Street, Suite 4510
                                New York, New York 10165
                                (212) 317-1200
                                *Attorneys for Plaintiff*