UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ANGEL MENDEZ, individually and on behalf
of others similarly situated,

                Plaintiff,                           JUDGMENT
                                                                    25-cv-1692 (BMC)

    v.

SAM NATURAL DELI CORP. (d/b/a
NATURAL DELI), BK NATURAL DELI CORP.
(d/b/a/ NATURAL DELI), and MATHANNA
ABDO,

                Defendants.
------------------------------------------------------------ X

        A Memorandum, Decision, and Order of the Honorable Brian M. Cogan, United States District Judge, having been filed on November 5, 2025, granting plaintiff's motion for a default judgment to the extent set forth in the Order; awarding costs in the amount of $1,021; awarding attorneys' fees in the amount of $3,835; awarding plaintiff's compensatory damages in the amount of $103,950; and awarding plaintiff's liquidated damages in the amount of $103,950; and directing the Clerk of Court to enter judgment in favor of plaintiff and against defendants, jointly and severally, in the amount of $212,756; it is

        ORDERED and ADJUDGED that judgment is entered in favor of plaintiff and against defendants, jointly and severally, in the amount of $212,756.

Dated: Brooklyn, NY                                                     Brenna B. Mahoney
       November 6, 2025                                       Clerk of Court

                                                                        By: */s/Jalitza Poveda*
                                                                            Deputy Clerk